JOEL D. SIEGEL (SBN 155581)
joel.siegel@dentons.com
FELIX T. WOO (SBN 208107)
felix.woo@dentons.com
JOSHUA KROOT (SBN 291371)
joshua.kroot@dentons.com
Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Plaintiff
TURTLE ENTERTAINMENT GMBH

Adam I. Gafni (SBN 230045)
adam@gafnilaw.com
Sascha D.B. Meisel (SBN 293841)
sascha@gafnilaw.com
GAFNI & LEVIN LLP
2811 Wilshire Blvd., Suite 780
Santa Monica, CA 90403
Telephone: (424) 744-8344
Facsimile: (424) 488-4344

Attorneys for Defendant
AZUBU NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TURTLE ENTERTAINMENT GMBH,<br><br>Plaintiff,<br><br>v.<br><br>AZUBU NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 2:17-cv-441-VAP-MRW<br><br>[Hon. Virginia A. Phillips]<br><br>**STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO F.R.CIV.P. 41(a)(1)(A)(ii)** |

DENTONS US LLP
4675 MacArthur Court, Suite 1250
Newport Beach, California 92660
(949) 732-3700

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Turtle Entertainment GMBH and Defendant Azubu North America, Inc., through their respective counsel, as follows:

1. This action is dismissed in its entirety with prejudice pursuant to F.R.Civ.P. 41(a)(1)(A)(ii).

2. Each of the parties will bear their own costs and attorneys' fees.

Dated: January 22, 2018   DENTONS US LLP

By: */s/ Felix T. Woo*
Felix T. Woo

Attorneys for Plaintiff
TURTLE ENTERTAINMENT GMBH

Dated: January 22, 2018   GAFNI & LEVIN LLP

By: */s/ Adam I. Gafni*
Adam I. Gafni

Attorneys for Defendant
AZUBU NORTH AMERICA, INC.

## CERTIFICATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), Felix Woo, the ECF User whose identification and password are being used to file the foregoing STIPULATED DISMISSAL WITH PREJUDICE, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 22, 2018  /s/ *Felix T. Woo*
Felix T. Woo

106282363